# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
# Lynchburg Division

In re:

    ASHLEY W. HENSLEY                  Case No. 22-60935-PMB
                                                         Chapter 7

                Debtor

_____

## MOTION TO EXTEND TIME
## TO FILE REMAINING LISTS, SCHEDULES, AND STATEMENTS

The Debtor, Ashley W. Hensley, by counsel, hereby moves this Honorable Court for an extension of time in which to file her remaining lists, schedules, and statements. For her grounds, she states as follows:

1. The Debtor commenced this Chapter 7 case with the filing of a voluntary petition on September 15, 2022.

2. The Debtor commenced this case with the primary intention of dealing with mounting debt.

3. Counsel requires additional information from the Debtor to finalize the remaining lists, schedules, and statements.

4. The Debtor is requesting an extension of fourteen (14) days to file their remaining lists, schedules, and statements.

5. Parties objecting to this motion shall file written objections within seven days of service of this motion.

WHEREFORE, the Debtor respectfully requests that she be granted the relief sought herein and that they be granted such further relief as this Court deems just.

Date: September 29, 2022                            Respectfully submitted,

                                                             **ASHLEY W. HENSLEY**

By Counsel

NEW DAY LEGAL, PLLC

/s/ Suad Bektic
Suad Bektic, Esquire, VSB # 90012
8500 Mayland Drive, 1st Floor
Richmond, VA 23294
Tel. (804) 997-7395
Fax: (888) 612-0943
sbektic@newdaylegal.com
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 29, 2022, a true copy of the foregoing Motion to Extend Time to File Remaining Lists, Schedules, and Statements was sent via first-class mail, postage prepaid, or by electronic notification to the United States Trustee, the Chapter 7 Trustee, to the Debtor, and to all creditors or their counsel of record who have filed a request for notices.

/s/ Suad Bektic
Suad Bektic